UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY D. JOFFRION

VERSUS

EXCEL MAINTENANCE
SERVICES, INC. AND RICHARD
MILLER, JR.

CIVIL ACTION

NO. 11-528-BAJ-CN

## RULING

The Court has carefully considered the plaintiff's objection to notice of removal (which the Court has interpreted to be a motion to remand), the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 19, 2011 (doc. 7). Plaintiff has filed an objection (doc. 10) which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's motion to remand (entitled "Objection to Notice of Removal") is hereby denied.

Baton Rouge, Louisiana, October 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA